```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    RANDALL PAUL WESSAR
 6

 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-00207-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO AMEND ) PRONOUNCEMENT OF JUDGMENT IMPOSED |
| v. | ) MARCH 8, 2012 |
| RANDALL PAUL WESSAR, | ) Judge: Hon. Morrison C. England |
| Defendant. | ) |

THE PARTIES STIPULATE, through counsel, that the Court should amend the pronouncement of judgment imposed in this case on March 8, 2012.

The parties agree that the pronouncement of judgement should read as follows:

> Pursuant to the Sentencing Reform Act of 1984, **IT IS THE JUDGMENT OF THE COURT** that the defendant, RANDALL PAUL WESSAR, is hereby sentenced to probation for a term of 24 months. The defendant shall pay a special assessment of $300, payment to begin immediately.

The parties also agree that the Court should add the following condition to the conditions imposed on March 8, 2012:

/ / /

STIPULATION AND ORDER                     1                          11-207 MCE

| | |
|---|---|
| 1 | 8.  The defendant shall be monitored for a period of <u>60 days</u>, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as determined by the probation officer. |

8.  The defendant shall be monitored for a period of <u>60 days</u>, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay all or part of the costs of participation in the location monitoring program, as determined by the probation officer.

In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:

the defendant shall be restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as preapproved by the probation officer.

The parties finally agree that all other terms and conditions of the sentence imposed in this case on March 8, 2012, should remain the same.

Dated: March 14, 2012          Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik

MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: March 14, 2012          BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for

CAMIL A. SKIPPER
Assistant U.S. Attorney

STIPULATION AND ORDER                2                         11-207 MCE

**ORDER**

**IT IS SO ORDERED.** The pronouncement of judgement imposed in this case on March 8, 2012, shall read as the parties have stipulated. The Court orders condition 8, suggested above, included in the conditions imposed on March 8, 2012. All other terms and conditions of the sentence imposed in this case on March 8, 2012, shall remain the same.

Dated: March 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE